DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 DECEMBER 2012

| 249P12 | Billy G. Patterson, Pearnell Patterson, and Keith Patterson v. City of Gastonia | 1. Plts' (Billy G. Patterson and Pearnell Patterson) NOA Based Upon a Constitutional Question (COA11-520)<br><br>2. Plts' (Billy G. Patterson and Pearnell Patterson) PDR Under N.C.G.S. § 7A-31<br><br>3. Def's Motion to Dismiss Appeal | 1. - - -<br><br><br>2. Denied<br><br><br>3. Allowed |
|---|---|---|---|
| 251P10-2 | State v. Gregory Lee Sellers | 1. Def's *Pro Se* Motion for NOA (COAP12-182)<br><br>2. Def's *Pro Se* Motion for PDR | 1. Dismissed *Ex Mero Motu*<br><br>2. Dismissed |
| 268A12 | State of North Carolina ex rel. Utilities Commission; Duke Energy Carolinas, LLC, Applicant; Public Staff – N.C. Utilities Commission, Intervenor v. Attorney General Roy Cooper, Intervenor and the City of Durham, North Carolina, Intervenor | 1. Duke Energy Carolinas, LLC's Motion to Dismiss Appeal<br><br>2. Attorney General's Conditional PWC | 1. Denied **10/9/12**<br><br>2. Dismissed as Moot **10/9/12** |
| 268A12 | State *ex rel.* Utilities Commission, et al. v. Attorney General, et al. | Intervenor-Appellant's Motion for Leave to File Reply Brief | Allowed **10/23/12** |
| 269A00-2 | State v. Billy Raymond Anderson | 1. Def's *Pro Se* PWC to Review the Order of Craven County Superior Court<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 269PA09-2 | Travis T. Bumpers and Troy Elliott, on behalf of themselves and all others similarly situated v. Community Bank of Northern Virginia | Def's Consent Motion to Unseal Exhibit | Allowed **11/08/12** |